Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26653−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M. Scioli
dba James M. Scioli Home Improvements
228 Haven Ave.
Ocean City, NJ 08226

Tara J. Scioli
228 Haven Ave.
Ocean City, NJ 08226

Social Security No.:
  xxx−xx−1645                                    xxx−xx−1799

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 20, 2018

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court